## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-01628-PSG (SK) | Date | March 13, 2020 |
|---|---|---|---|
| Title | DeJohn Lamont Miller v. Charles Pfeifer et al. | | |

| Present: The Honorable | Steve Kim, U.S. Magistrate Judge |
|---|---|

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None present | None present |

**Proceedings:**        (IN CHAMBERS) **ORDER TO SHOW CAUSE**

Petitioner, a California state prisoner, filed a motion for stay "to file a second or [successive] petition under 28 U.S.C. § 2254," leading the Clerk's Office to open this action, but without any accompanying § 2254 petition. (ECF 1 at 1). Without a habeas petition that presents a "case" or "controversy," the Court not only has nothing to stay but lacks jurisdiction altogether. *Calderon v. Ashmus*, 523 U.S. 740, 746 (1998); *see Casaburi v. Warden*, 2013 WL 3367275, at *1 (C.D. Cal. July 3, 2013) (dismissing action for lack of jurisdiction where petitioner filed letter requesting extension of time to file federal habeas petition but filed no petition).

THEREFORE, Petitioner is **ORDERED TO SHOW CAUSE** on or before **April 12, 2020** why the Court should not dismiss the action for lack of jurisdiction. To discharge this order, Petitioner must file a completed habeas petition under 28 U.S.C. § 2254 using the attached Form CV-69 on or before April 12, 2020. *See* L.R. 83-16.1. If Petitioner no longer wishes to proceed with this action, he may voluntarily dismiss the action without prejudice using the attached Form CV-09 and refile after he has exhausted all his claims, provided that he has enough time left under the one-year federal statute of limitations. **Failure to comply with this order may result in involuntary dismissal of the action for failure to prosecute and to obey court orders.** *See* Fed. R. Civ. P. 41(b); L.R. 41-1.

**IT IS SO ORDERED.**