JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEJOHN LAMONT MILLER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CHARLES PFEIFER et al.,<br><br>　　　　Respondents. | CASE NO. 2:20-cv-01628-PSG (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action for Lack of Jurisdiction, **IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: May 14, 2020

_____
HON. PHILIP S. GUTIERREZ
U.S. DISTRICT JUDGE